**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MD TL, LLC**<br>**RAI CUSTODIAN**<br>**940 CENTRE CIRCLE, SUITE #2005**<br>**ALTAMONTE SPRINGS, FL 32714**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NAYLOR ROAD SCHOOL CORPORATION**<br>**2306-2403 NAYLOR RD., SE**<br>**WASHINGTON, DC 20020**<br><br>**and**<br><br>**THE DISTRICT OF COLUMBIA**<br>**Serve: MURIEL BOWSER, MAYOR**<br>**1350 PENNSYLVANIA AVE., NW**<br>**WASHINGTON, DC 20004**<br><br>**Serve: KARL A. RACNE, ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA**<br>**441 4TH STREET, N.W.**<br>**WASHINGTON, DC 20001**<br><br>**and**<br><br>**FIRST AMERICAN BANK OF**<br>**Serve: MARYLAND**<br>**WELLS FARGO, NA, SUCESSOR BANK**<br>**1301 I STREET, NW SUITE 105w**<br><br>**and**<br><br>**TRSTE, INC.,**<br>**201 SOUTH JEFFERSON ST.,**<br>**ROANKE, VA 24011**<br><br>**and** | ) | **Civil Action No.** |

**DC WATER )**
**5000 OVERLOOK AVE., SW )**
**WASHINGTON, DC 20032 )**
**Serve: LINDA MANLEY )**
**)**
**and )**
**)**
**H. STERN & COMPANY, INC., )**
**10400 CONNECTICUT AVE., )**
**SUITE 405 )**
**KENSINGTON, MD 20895 )**
**)**
**and )**
**)**
**BEAN, KINNEY & KORMAN, P.C., )**
**2300 WILSON BLVD., 7TH FLOOR )**
**ARLINGTON, VA 22201 )**
**)**
**U.S. TRUSTEE FOR REGION FOUR )**
**REPRESENTED BY: JOSEPH )**
**GUZINSKI, U.S. TRUSTEE OFFICE )**
**115 SOUTH UNION ST., SUITE 210, )**
**PLAZA LEVEL )**
**ALEXANDRIA, VA 22314 )**
**)**
**All unknown owners of real property )**
**described below, their heirs, devisees, )**
**personal representatives, executors, )**
**administrators, grantees, assigns or )**
**successors in right title and any all and )**
**all persons having or claiming to have )**
**any interest in the leasehold or the fee )**
**simple in the real property and )**
**premises situate, lying and being in )**
**the District of Columbia described )**
**as: Square 5624, Lot 0821 and assessed )**
**to, Naylor Road School Corporation, )**
**and having a Street address that is )**
**known as 2306-2403 Naylor Rd., SE )**
**Washington, DC 20020, )**
**)**
**Defendants. )**
____________________________________ )

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Defendant, U.S. Trustee's Office, by and through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1),1446 and 2410. In support of this Notice, the following facts are relied upon:

1. Defendant is in receipt of a Summons and Complaint in the case of *MD TL, LLC v. Naylor Road School Corporation, et al.,* Case No. 2016 CA 005517 L (RP) in the Civil Division of the Superior Court of the District of Columbia ("Civil Action"). A copy of the Summons and Complaint are attached hereto as Exhibit A.

2. The U.S. Trustees Office is the agency of the United States pursuant to 28 U.S.C. § 1442 (a)(1). Thus, the Civil Action is properly before this Court.

3, The Plaintiff's Complaint seeks to extinguish and IRS tax lien on real property.

3. Plaintiff's claims are one for which the District Court has original jurisdiction because the suit is against an agency of the United States and because the suit relates to property in which the United States has or claims in lien interest. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. §§ 1442(a)(1) and 1444.

WHEREFORE, this Civil Action is properly removed from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1442 (a)(1) and 1444.

November 25, 2016

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar# 415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief

By: /s/

BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
Benton.peterson@usdoj.gov
(202) 252-2534

***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of November, 2016, that service of the foregoing Notice of Removal of a Civil Action has been made by first-class mail, postage prepaid, to:

MD TL, LLC
RAI CUSTODIAN
940 CENTRE CIRCLE, SUITE #2005
ALTAMONTE SPRINGS, FL 32714

NAYLOR ROAD SCHOOL
CORPORATION
2306-2403 NAYLOR RD., SE
WASHINGTON, DC 20020

THE DISTRICT OF COLUMBIA
Serve: MURIEL BOWSER, MAYOR
1350 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20004

Serve: KARL A. RACNE, ATTORNEY
GENERAL OF THE DISTRICT OF
COLUMBIA
441 4TH STREET, N.W.
WASHINGTON, DC 20001

FIRST AMERICAN BANK OF
Serve: MARYLAND
WELLS FARGO, NA, SUCESSOR
BANK
1301 I STREET, NW SUITE 105w

TRSTE, INC.,
201 SOUTH JEFFERSON ST.,
ROANKE, VA 24011

DC WATER
5000 OVERLOOK AVE., SW
WASHINGTON, DC 20032
Serve: LINDA MANLEY

H. STERN & COMPANY, INC.,
10400 CONNECTICUT AVE.,
SUITE 405
KENSINGTON, MD 20895

BEAN, KINNEY & KORMAN, P.C.,
2300 WILSON BLVD., 7TH FLOOR )
ARLINGTON, VA 22201

U.S. TRUSTEE FOR REGION FOUR
REPRESENTED BY: JOSEPH
GUZINSKI, U.S. TRUSTEE OFFICE
115 SOUTH UNION ST., SUITE 210,
PLAZA LEVEL
ALEXANDRIA, VA 22314

All unknown owners of real property described below, their heirs, devisees, personal representatives, executors, administrators, grantees, assigns or successors in right title and any all and all persons having or claiming to have any interest in the leasehold or the fee simple in the real property and premises situate, lying and being in the District of Columbia described as: Square 5624, Lot 0821 and assessed to, Naylor Road School Corporation, and having a Street address that is known as 2306-2403 Naylor Rd., SE Washington, DC 20020,

/s/
BENTON G. PETERSON
Assistant United States Attorney